AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

MAR 2 3 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| Marion Andrew Humphrey, Jr. | ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 4:21CV194-LPR |
| v. | ) | |
| Steven Payton, acting in his individual capacity as an Arkansas State Police trooper | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steven Payton
Arkansas State Police
Troop J Headquarters
2700 W Main St.
Clarksville, AR 72830

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Conner Eldridge
Eldridge Brooks, PLLC
5100 West JB Hunt Dr., Suite 840
Rogers, AR 72758
(479)553-7678

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES W. McCORMACK
CLERK OF COURT

Date: 3/11/21

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TROOPER STEVEN PATTON

was received by me on *(date)* 3-22-21

☒ I personally served the summons on the individual at *(place)* 765 HOB NOB ROAD, Russellville, AR 72802 on *(date)* 3-22-21 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 75.00 for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3-22-21

_____
Server's signature

Rick Millard — Process Server
Printed name and title

205 Dam Rd, Danville, AR 72834
Server's address

Additional information regarding attempted service, etc:

**SUBSCRIBED** and sworn to before me this 22nd day of March, 2021.

_Marisa N. Woodward_
**NOTARY PUBLIC**

My Commission Expires: _____

*[Notary Seal: MARISA N. WOODWARD, Commission No. 12356406, NOTARY PUBLIC, Commission Expires 03-06-2027, POPE COUNTY ARKANSAS]*