**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MARION A. HUMPHREY, JR.**                                                        **PLAINTIFF**


**v.**                                        **CASE NO. 4:21-CV-194-LPR**


**STEVEN PAYTON**                                                                **DEFENDANT**

**DEFENDANT PAYTON'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Defendant Trooper Steven Payton, by and through his attorneys Attorney General Leslie Rutledge, and Assistant Attorney General Vincent P. France, for his Motion for Summary Judgment states:

1.      This case stems from a traffic stop conducted by Trooper Steven Payton of a U-Haul driven by Marion A. Humphrey, Jr. on Interstate 40 in Russellville, Arkansas. After developing reasonable suspicion, Trooper Payton summoned a K-9 unit, which repeatedly alerted to the presence of narcotics in the U-Haul. After searching the U-Haul on the side of the interstate, with negative results, Trooper Payton issued Mr. Humphrey a warning for careless and prohibited driving. The stop and subsequent search of a fully-loaded U-Haul lasted less than two hours.

2.      At all times relevant to this lawsuit, Defendant Trooper Steven Payton was working as a patrol officer for the Arkansas State Police.

3.      On March 11, 2021, Mr. Humphrey filed this lawsuit pursuant to 42 U.S.C. § 1983 against Trooper Payton in his individual capacity alleging that Trooper Payton violated his rights under the Fourth and Fourteenth Amendments for a traffic stop that occurred on August 20, 2020. *See* Doc. No. 1.

1

4. Pursuant to Federal Rules of Civil Procedure, Rule 56 a party is entitled to summary judgment if the pleadings, together with any supporting documents, establish there is no issue of material fact in dispute.

5. Mr. Humphrey is unable to present *prima facie* evidence that Defendant Payton violated any of his rights under the United States Constitution.

6. Even if the Court finds that Mr. Humphrey can show *prima facie* evidence of a violation, Defendant Payton is entitled to qualified immunity because Mr. Humphrey cannot show that the law was "clearly established."

7. In accordance with Local Rule 56.1, Defendant Payton is filing contemporaneously with this motion a Brief in Support of his Motion for Summary Judgment and a Statement of Undisputed Facts with the following exhibits attached hereto:

- Exhibit 1,   Dashcam Video 8/20/2020 (filed conventionally);
- Exhibit 2,   Deposition of Steven Payton;
- Exhibit 3,   Deposition of Marion Humphrey, Jr.;
- Exhibit 4,   Deposition of Sgt. Chase Melder;
- Exhibit 5,   Deposition of Hugh Davis;
- Exhibit 6,   Body-cam Video from Hugh Davis (filed conventionally);
- Exhibit 7,   Hugh Davis Incident Report; and,
- Exhibit 8,   Documents Produced by the Arkansas State Police.

WHEREFORE, Defendant Trooper Steven Payton respectfully requests that the lawsuit filed against him be dismissed with prejudice and for any and all other just and proper relief to which he may be entitled.

2

Respectfully submitted,
LESLIE RUTLEDGE
Attorney General

By:    Vincent P. France,
Ark Bar No. 2010063
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone:  (501) 682-1314
Vincent.France@ArkansasAG.gov
*Attorneys for Defendant Steven Payton*

3