UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| Marion Andrew Humphrey, Jr.,<br><br>    Plaintiff,<br><br>v.<br><br>Steven Payton, acting in his individual capacity as an Arkansas State Police trooper,<br><br>    Defendant. | Case No. 4:21-CV-00194 LPR<br><br>**JOINT STATUS REPORT** |

Plaintiff Marion Andrew Humphrey, Jr., and Defendant Steven Payton, for their joint status, state:

1. On April 24, 2023, the parties executed a settlement agreement on Mr. Humphrey's underlying claims. In short, Mr. Humphrey agreed to dismiss his claims against Trooper Payton, the Arkansas State Police (ASP) agreed to pay Mr. Humphrey $35,000, and the parties agreed to mediate the issue of costs, including attorneys' fees.

2. On June 8, 2023, the parties mediated before Magistrate Judge Volpe the costs, including attorneys' fees, and agreed to settle that issue for $232,500.

3. As a precondition to the administrative termination of this case under Rule 41, the parties agreed that all settlement amounts would be paid.

4. As of the filing of this joint status report, the settlement amounts have been received by Mr. Humphrey and his attorneys.

5. Because the parties' precondition for Rule 41 administrative termination has been satisfied, the parties ask the Court to administratively terminate the case.

WHEREFORE, the parties jointly ask the Court to administratively terminate this case.

**ROBINS KAPLAN LLP**
Robert Bennett, pro hac vice
Andrew J. Noel, pro hac vice
Marc E. Betinsky, pro hac vice
Greta A. Wiessner, pro hac vice
800 LaSalle Ave, Suite 2800
Minneapolis, MN  55402
(612) 349-8500
rbennett@robinskaplan.com anoel@robinskaplan.com mbetinsky@robinskaplan.com gwiessner@robinskaplan.com

-and-

**ELDRIDGE BROOKS, PLLC**
Conner Eldridge, Ark. Bar No. 2003155
Emily Neal, Ark. Bar No. 2003087 5100 West J.B. Hunt Drive
Suite 840
Rogers, AR 72758
(479) 553-7678
conner@eldridgebrooks.com
emily@eldridgebrooks.com
*Attorneys for Plaintiff*

-and-

**TIM GRIFFIN**
Attorney General of Arkansas

Noah P. Watson, Ark. Bar No. 2020251
Senior Assistant Attorney General
Justin Brascher, Wash. Bar No. 58371
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-1019
noah.watson@arkansasag.gov
justin.brascher@arkansasag.gov
*Attorneys for Defendant*